**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.M., A MINOR | : | No. 523 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: A.M., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.